

September 8, 2017

**Gregory T. Foote**
973.735.6010 (direct)
gregory.foote@wilsonelser.com

**Via E-Filing**
Honorable James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
U.S. Postal Office & Courthouse
2 Federal Square
Newark, NJ 07101

> Re:   **Donna Imbemba v. Woodbridge VF, LLC et al**
>        **Civil Case No.: 2:17-cv-01454**
>        **Our File No. 13449.00406**

Dear Judge Clark:

We represent Defendant Woodbridge UE, LLC in connection with the above-referenced matter. Pursuant to our recent discussion with Your Honor's Law Clerk, we are submitting the enclosed proposed consent order for leave to file a third party complaint against proposed third party defendant Garden Irrigation. Plaintiff's counsel and co-defendant Wal-Mart's counsel have consented to the impleading of Garden Irrigation. Also, attached as Exhibit 1, is the proposed third party complaint. If the proposed consent order and third party complaint is acceptable, we would request that Your Honor enter the Order and we will proceed with filing of the third party complaint. Your Honor's consideration is appreciated.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

*s/Gregory T. Foote*
Gregory T. Foote

cc:   Brittany M. Murray, Esq., Cottrell Solensky, P.A. – via e-mail w/encls.
      Michael T. Madaio, Esq., Chelli & Bush – via e-mail w/encls.

200 Campus Drive • Florham Park, NJ 07932 • p 973.624.0800 • f 973.624.0808
Carolyn F. O'Connor • Regional Managing Partner, New Jersey

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

**wilsonelser.com**

2371524v.1