File No. 25-16-010
Brittany M. Murray/#142942016
**COTTRELL SOLENSKY, P.A.**
550 Broad Street, Suite 1000
Newark, New Jersey 07102
Phone: (973) 643-1400
Fax: (973) 643-1900
Attorneys for Defendant Wal-Mart Stores, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DONNA IMBEMBA,<br><br>　　　Plaintiff,<br><br>V.<br><br>WOODBRIDGE VF, LLC, and<br>WAL-MART STORES, INC.;<br><br>　　　Defendants. | Civil Action No. 2:17-cv-01454<br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of Law Office of Wilson, Elsner, Moskowitz, Edelman & Dicker LLP, as attorneys for the defendant, Wal-Mart Stores, Inc., in the above-entitled action.

**WILSON ELSNER MOSKOWITZ EDELMAN & DICKER LLP**

_____
Gregory T. Foote, Esq.
Superseding Attorney(s)

DATED:

**COTTRELL SOLENSKY, P.A.**

_____
Brittany M. Murray, Esq.
Withdrawing Attorney(s)

DATED: 7/28/17