## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF  
**JAMES B. CLARK, III**  
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE  
50 WALNUT STREET, ROOM 2060  
NEWARK, NJ 07102

March 26, 2018

### LETTER ORDER

Re:   **IMBEMBA v. WOODBRIDGE VF, LLC et al**
      **Civil Action No. 17-1454 (JMV)**

Dear Counsel:

As discussed during the status telephone conference held earlier today, the Court directs the following:

1. The deadline for fact discovery in this matter is **March 31, 2018**.

2. Affirmative expert reports shall be served no later than **June 30, 2018**.

3. Responsive expert reports shall be served no later than **July 31, 2018**.

4. The Court will conduct a telephone status conference with the parties on **June 5, 2018 at 11:00 A.M.** Counsel for Plaintiff shall initiate the call. Prior to the call, the parties are to exchange settlement positions.

**IT IS SO ORDERED.**

    s/ James B. Clark, III  
**JAMES B. CLARK, III**  
**United States Magistrate Judge**