**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

November 29, 2018

**LETTER ORDER**

Re:   **IMBEMBA v. WOODBRIDGE VF, LLC et al**
      **Civil Action No. 17-1454 (JMV)**

Dear Counsel:

Due to a scheduling conflict, the settlement conference set for **December 13, 2018 at 10:00 A.M.** is adjourned to **January 25, 2019 at 2:00 P.M.** All counsel and clients with full settlement authority shall be present, in person at the conference.

   **IT IS SO ORDERED.**

                                                            s/ James B. Clark, III
                                                         **JAMES B. CLARK, III**
                                                         **United States Magistrate Judge**