

February 26, 2019

**Gregory T. Foote**
973.735.6010 (direct)
gregory.foote@wilsonelser.com

**Via E-Filing**
Honorable James B. Clark, III, U.S.M.J.
United States District Court, District of New Jersey
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:** **Donna Imbemba v. Woodbridge VF, LLC et al**
      **Civil Case No.: 2:17-cv-01454**
      **Our File No. 13449.00406**

Dear Judge Clark:

  We represent Defendants Woodbridge UE, LLC and Wal-Mart Stores, Inc. in connection with the above-referenced matter. This matter is scheduled for a continued settlement conference before Your Honor on March 6, 2019 at 2:00 p.m., having been adjourned from January 25, 2019. In anticipation of the January 25th conference, Your Honor approved our request for our client's insurance representative, Courtney Furillo, to be available by telephone in lieu of appearing in person at the conference due to travel hardship, as Ms. Furillo lives and works in Pennsylvania. We trust Your Honor's approval extends to the upcoming conference on March 6th. Ms. Furillo will have full discretion relative to settlement authority, and can be available by telephone during the entirety of the conference. Your Honor's consideration is appreciated.

    Very truly yours,

    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

    s/Gregory T. Foote
    Gregory T. Foote

cc: Michael T. Madaio, Esq., Chelli & Bush – via e-mail
  Anthony P. Pasquarelli, Esq., Sweet Pasquarelli, P.C. – via e-mail

200 Campus Drive • Florham Park, NJ 07932 • p 973.624.0800 • f 973.624.0808

Carolyn F. O'Connor • Regional Managing Partner, New Jersey

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

**wilsonelser.com**

2684703v.1