**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
**Gregory T. Foote, Esq. (1606)**
200 Campus Drive
Florham Park, New Jersey  07932
Tel: (973) 624-0800
Fax: (973) 624-0808
Attorneys for Defendants Woodbridge UE, LLC (improperly pleaded as Woodbridge VF, LLC) and Wal-Mart Stores, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| DONNA IMBEMBA, | Civil Action No.  2:17-cv-01454-JMV-JBC |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WOODBRIDGE VF, LLC and WAL-MART STORES, INC. | |
| Defendant(s) | |
| AND | |
| WOODBRIDGE VF, LLC | |
| Defendant/Third Party Plaintiff, | |
| vs. | |
| GARDEN IRRIGATION, | |
| Third Party Defendant. | |

The matter in difference in the above-entitled action having been amicably adjusted by and between or among Plaintiff and Defendants Woodbridge UE, LLC (improperly pleaded as Woodbridge VF, LLC) and Wal-Mart Stores, Inc. and Third Party Defendant Garden Irrigation, it is hereby stipulated and agreed that all claims filed or asserted in the Complaint and Third Party Complaint be and hereby are dismissed with prejudice as to all parties, and without costs to any party.

Dated:

2692931v.1

**CHELLI & BUSH**
Attorneys for Plaintiff Donna Imbemba

By: _____
    Michael H. Bush

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Attorneys for Defendants Woodbridge UE, LLC (improperly pleaded as Woodbridge VF, LLC) and Wal-Mart Stores, Inc.

By: _____
    Gregory T. Foote

**SWEET PASQUARELLI, P.C.**
Attorneys for Defendant Garden Irrigation

By: _____
    Anthony P. Pasquarelli

2692931v.1

**CHELLI & BUSH**
Attorneys for Plaintiff Donna Imbemba

By: _____
　　　Michael H. Bush

**EDELMAN & DICKER LLP**
Attorneys for Defendants Woodbridge UE, LLC (improperly pleaded as Woodbridge VF, LLC) and Wal-Mart Stores, Inc.

By: _____
　　　Gregory T. Foote

**SWEET PASQUARELLI, P.C.**
Attorneys for Defendant Garden Irrigation

By: _____
　　　Anthony P. Pasquarelli

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 5/14/19

2692931v.1